UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDRICK K. CRAYTON, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent, ) | No. 4:16CV833 AGF |

## MEMORANDUM AND ORDER

By Order dated June 17, 2016, the Court referred this case to the Federal Public Defender and provided forty-five (45) days for review to determine whether to represent movant in bringing a claim for reduction of his sentence under *Johnson v. United States*, 135 S.Ct. 2551 (2015). That time period has expired and nothing has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that the Public Defender must notify the Court no later than **Tuesday, September 20, 2016**, whether it intends to represent movant on this matter.

Dated this 31st day of August, 2016.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE